UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

K.J. *on behalf of herself and her minor child, K.W.J.*

                                                                 Plaintiffs,    ~~[PROPOSED]~~ **ORDER**

            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION     No. 25-cv-5972 (PAE) (SDA)
*et al.,*

                                            Defendants.

------------------------------------------------------------------------ x

WHEREAS, the parties in the above-referenced matter seek permission to file the following documents under seal ("Confidential Material") in the event that these documents are utilized in the matter as exhibits or attachments to pleadings, letters, motions, briefs, declaration and/or other documents in the action:

(a)     The record on appeal from the New York Office of State Review ("SRO");

(b)     All Education Records, other student records, and all documents and things, whether or not also education records or student records, that contain identifying information about Plaintiffs and any other child or parent, including but not limited to name, address, social security number, Medicaid number, phone number, New York City Identification (IDNYC) number, or Office of Student Information System (OSIS) number, or any other personally identifiable information as that term is defined pursuant to the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g; 34 C.F.R. Part 99;

(c)     all documents and information containing personal health or disability information of Plaintiffs and any other child or parent, including but not limited to such documents and information covered by the Individuals with Disabilities Education Improvement Act ("IDEA"), the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and such records disclosed by a party or non-party pursuant to any Authorization to Release Medical Records executed by the Plaintiffs; and

(d)     all documents and information containing mental health or psychiatric information of Plaintiffs, and any other child or parent, including but not limited

to documents and information covered by HIPAA and records disclosed by a party pursuant to any Authorization to Release Psychotherapy Notes.

WHEREAS, the Court, having considered the application and finding good cause to issue the Order, now, therefore,

IT IS HEREBY ORDERED that the following documents are not to be filed on the public docket and may only be filed pursuant to the Southern District Court's instructions on electronically filing documents under seal: (a) the record on appeal from the SRO; and (b) any exhibit or attachment to pleadings, declarations, affidavits, exhibits, briefs, motions, and/or letters, that contains the Confidential Material described above.

The Court authorizes the Court's staff, the staff of the Clerk's Office of the United States District Court for the Southern District of New York, and the counsel of record, and members of their respective offices, to review, copy and/or inspect the sealed materials.

To the extent that documents other than the record on appeal from the SRO or any exhibit or attachment contains Confidential Material, such as memoranda, motions, pleadings, letters, declarations or other documents, the parties are directed to file on ECF redacted versions of those documents.

The parties are further ordered to (a) to serve all exhibits, attachments and unredacted documents in original form to the opposing party; and (b) provide a courtesy copy of all exhibits, attachments and unredacted documents filed in this action to Chambers.

Dated: December 8 , 2025
      New York, New York

                                      SO ORDERED:

                                      *Paul A. Engelmayer*

                                      HON. PAUL A. ENGELMAYER
                                      United States District Judge