UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.J. *et al.*,

Plaintiffs,

-v-

25 Civ. 5972 (PAE)

NEW YORK CITY DEPARTMENT OF EDUCATION
*et al.*,

ORDER

Defendants.

PAUL A. ENGELMAYER, District Judge:

Earlier today, the Court received an email from defense counsel, requesting an adjournment of the initial conference scheduled for December 17, 2025. The Court grants the request, and hereby adjourns the conference to January 14, 2026 at 10 a.m.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2025
New York, New York