THE LAW OFFICE OF

# ELISA HYMAN, p.c.

January 7, 2026

**Via ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <em>K.J., et al., v. New York City Department of Education,</em> No. 25-cv-5972 (PAE)

Dear Judge Engelmayer:

I am co-counsel in the above-referenced case. I am writing to respectfully request an adjournment and change of the date of the initial conference which the Court has scheduled for January 14, 2026 at 10:00 a.m. (ECF No. 22). I have a preexisting conflict for that date as I was already scheduled to be in an all-day impartial hearing. I thought that the date might be adjourned, but as of today, it is still going forward. This is the Plaintiffs' first request for an adjournment or change of the initial conference date. Defendants do not object.

After conferring with Defendants' counsel, all parties' counsel are available on January 30, 2026 between 2p.m. and 4 p.m., as well as all day on February 3, 2026. If neither of the above dates are convenient for the Court, the parties propose that counsel be permitted to contact Your Honor's deputy by phone or email to identify a date that is convenient for the Court.

Thank you for Your Honor's consideration of the requests.

Respectfully submitted,

<em>/s/ Elisa Hyman</em>

_____
Elisa Hyman
Counsel for the Plaintiffs

cc: Counsel of record (<em>via</em> ecf)

GRANTED.

As the Court's chambers discussed with counsel in this case by email, the telephonic initial conference is adjourned to February 10, 2026 at 3 p.m.

SO ORDERED.

Date: January 9, 2026
      New York, New York

PAUL A. ENGELMAYER
United States District Judge