UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.J. *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION *et al.* <br><br> Defendants. | 25 Civ. 5972 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's initial conference, by Friday, February 13, 2026, the parties shall file a revised case management plan that, *inter alia*, anticipates (1) fact discovery to be completed by May 10, 2026 and (2) summary judgment motions to be fully briefed by June 22, 2026.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 10, 2026
        New York, New York