UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.J., *et al.*,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION
*et al.*,

Defendants.

25 Civ. 5972 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 10, 2026, the Court held an initial conference and, for the reasons discussed during the conference, directed the parties to file a revised case management plan ("CMP") that "anticipates (1) fact discovery to be completed by May 10, 2026 and (2) summary judgment motions to be fully briefed by June 22, 2026." Dkt. 26. The parties' revised CMP, however, disregarded that order by, *inter alia*, proposing a fact discovery deadline of July 10, 2026, and not providing any deadlines for summary judgment briefing, including as to the certified administrative record. *See* Dkt. 28. Plaintiff's counsel also requested, in the letter attaching the revised CMP, that the Court "address the deadline for [expert] discovery if one or both parties make a specific application [for it] prior to summary judgment." *Id.* at 1. Defense counsel, in the same latter, argues that expert discovery is unnecessary at this juncture. *Id.*

By **5 p.m. on February 27, 2026**, the parties shall submit another revised CMP that complies with the Court's February 10 Order. As to expert discovery, the revised CMP shall set a deadline for such, not to exceed 45 days after the May 10, 2026 fact discovery deadline. This is without prejudice to either party's ability to object to expert discovery requests by the other side. For avoidance of doubt, at the February 10 conference, neither party indicated that expert

discovery might be relevant to, and should thus precede, summary judgment briefing.  The

summary judgment briefing schedule will accordingly remain as ordered (*i.e.*, fully briefed by

June 22, 2026).

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 26, 2026
       New York, New York

2