# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

June 15, 2026

**<u>Via ECF</u>**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *K.J., et al., v. New York City Department of Education,* No. 25-cv-5972 (PAE)

Dear Judge Engelmayer:

I am co-counsel in the above-referenced case on behalf of Plaintiffs. I write jointly with Defendants' counsel to (a) report that the posture of the case has shifted toward settlement in this matter; (b) advise the Court that the parties have made substantial progress towards settlement; and, accordingly, (c) to request a stay of discovery deadlines and motion practice for six weeks to try to complete settlement.

Further, in the event that the parties have made progress in negotiations during this requested stay, but are unable to reach a final agreement, we anticipate requesting a conference with the Magistrate Judge to resolve any remaining contested issues.

The requested stay would pause discovery and motion deadlines until July 21, 2026. The parties propose submitting a joint status letter by July 10, 2025 to inform the Court of the status of settlement.

**Plaintiffs' Additional Position**

Further, Plaintiffs wanted to inform the Court that if the requested stay is not granted, the Plaintiffs anticipate seeking an extension on alternative grounds,[1] as well as a motion to compel the Defendants to appear for depositions.  Our goal, however, is to keep litigation costs down to

---

[1] Among other things, Plaintiffs' counsel's office has had three senior lawyers leaving in June, and another is on trial and then having surgery. Further, the Court has not yet ruled on the discovery motion, and Plaintiffs have not been able to obtain dates from Defendants for depositions. Finally, Plaintiffs' counsel is co-counsel to the M.G. Class Action, 13-cv-4639, which is completing expert discovery through July 15, 2026.

facilitate settlement, as well as conserve the Court's resources relative to discovery motion practice, now that we are on a productive settlement track.  While the Defendants cannot make any formal offers until settlement approval is obtained, Plaintiffs believe that if approval is obtained, the substantive aspects of the settlement will be easy to resolve.  With regard to fees, Plaintiffs' co-counsel, The Law Office of Elisa Hyman, has never had to file a formal fee motion and has always been able to settle fee claims with Defendants. Plaintiffs' co-counsel, Ms. Rothenberg, has never had a fee litigation. Thus, Plaintiffs are optimistic that if the substance is settled the overall matter will be resolved. However, without a stay, the fees will continue to accrue on a rolling basis, making it challenging for the Defendants' counsel to obtain authority.

This is the parties' second request to extend Discovery deadlines.

The parties thank the Court for considering this request.

Respectfully submitted,

*/s/ Elisa Hyman*

_____

Elisa Hyman
Counsel for the Plaintiffs

cc: Counsel of record (*via* ecf)

GRANTED.

The parties shall file a joint status update by July 10, 2026.  The Court will hold in abeyance the parties' discovery dispute, *see* Dkts. 40–41, 44, pending the settlement discussions.

If the parties at any point request a settlement conference before Magistrate Judge Stewart D. Aaron, the Court will immediately refer this case for such.

SO ORDERED.

_____

PAUL A. ENGELMAYER
United States District Judge

Date:  June 15, 2026
       New York, New York

2