THE LAW OFFICE OF
ELISA HYMAN, P.C.

October 1, 2026

**Via ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *K.J., et al., v. New York City Department of Education,* No. 25-cv-5972 (PAE)

Dear Judge Engelmayer:

I am co-counsel in the above-referenced case. I write jointly on behalf of the parties to respectfully request one further extension of time for Plaintiffs to move to reopen the case or file the stipulation with the Court. The current deadline for Plaintiffs to reopen is October 2, 2026. *See* ECF No. 52. This is the second request to extend the deadline. The reason for the requested extension is below.

We are pleased to inform the Court that the parties have now agreed in principle to both substantive relief and attorney's fees. However, we need some additional time to negotiate a settlement agreement and submit the Stipulation and Order to the Court.

Thus, we are requesting one final extension of the deadline from October 2, 2026 to October 30, 2026, for Plaintiffs to either move to reopen the case or to submit a Stipulation and Order to the Court.

In the alternative, if the Court is not in agreement with extending the date in which Plaintiffs may move to reopen, Plaintiffs respectfully move to reopen the matter given that settlement has not been finalized.

The parties thank the Court for considering this request.

Respectfully submitted,

*/s/ Elisa Hyman*

Elisa Hyman
Counsel for the Plaintiffs

cc: Counsel of record (*via* ecf)

1115 Broadway, 12TH Floor
New York, NY 10010

40 West 24TH Street
New York NY 10010

www.specialedlawyer.com

GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 1, 2026
New York, New York